Case 4:25-cr-05485-JCH-JEM   Document 16   Filed 12/12   of 1

FILED  ☒  LODGED ☐
Dec 12 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Waiver of Indictment

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-25-05485-TUC-JCH(JEM) |
| Plaintiff, | Case No. 25-mj-09700-JEM |
| vs. | WAIVER OF INDICTMENT |
| Mark James Stephenson Thornton, | |
| Defendant. | |

The above-named defendant, who is accused of one or more offenses punishable by imprisonment for more than one year, being advised of the nature of the proposed charge(s) and of his rights, waives in open court prosecution by indictment and consent to prosecution by information.

_____
Mark James Stephenson Thornton
Defendant

_____
Kristian Harrison Salter, Esq.
Counsel for Defendant

Date   12/11/25